STATE OF ILLINOIS       )
                        ) ss  Case No. 2023-CV-948-RJD
COUNTY OF Saline        )

## AFFIDAVIT

I, Troy Allen, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

I Troy Allen came to visit my son at the Saline county jail after he was recovering from multiple gunshot wounds from Hardin County officers as well as frostbitten feet. At the end of March or the beginning of April of 2021 on our visit I watched Travis crawl into the visiting room with medical shoes on his feet, unable to walk and obviously in pain. We had our visit and I watched him crawl out of the visiting room. Along with bug bites all over his face and arms.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 27 day of June, 2025.

Troy W Allen
Affiant

Travis Allen
1 N. Main St.
Harrisburg, IL 62946

SAINT LOUIS MO 630
25 JUL 2025 PM 8 L
1775
MAIL CLEARED US MARSHALS

Saline County Detention Center
Detainee/Inmate Mail

U.S. District Court
Southern District of IL
Clerk of Court - Monica A. Stump
750 Missouri Ave.
East Saint Louis, IL 62201

Legal Mail

Legal mail

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE
RECEIVED
JUL 28 2025