IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS G. ALLEN, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 2023-CV-948-RJD |
| SALINE COUNTY SHERIFF, | ) ) ) |
| Defendants, | ) ) |

### CERTIFICATE OF SERVICE

    I certify that on August 4, 2025, I re-mailed ***Defendants' Motion for an Extension of Time to File Dispositive Motions [ECF #68],*** along with ***Court Orders [ECF ## 69-70]*** to Plaintiff by placing it in a sealed envelope with proper postage in the U.S. Mail receptacle located at 650 Dundee Road, Northbrook, Illinois, and addressed to Plaintiff's new address at:

Travis Allen #B87309
Saline County Jail
1 N. Main Street
Harrisburg, IL 62946


By:  *s/Kyle R. Moore*
       Kyle R. Moore, #6346862